**Order entered March 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01733-CV

**B.W.D., Appellant**

**V.**

**JAMES W. TURNAGE AND FORENSIC DNA & DRUG TESTING SERVICES, INC.,**
**Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04012-E**

## ORDER

We **GRANT** appellant's March 17, 2014 motion to file amended brief and **ORDER** the

brief be filed no later than March 28, 2014.  Appellees shall file their brief no later than thirty

days after the filing of appellant's amended brief.


/s/    ELIZABETH LANG-MIERS
JUSTICE